| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 4:00CR00372 DJS |
|---|---|---|
| | 05-20313 Ma Ar | DOCKET NUMBER *(Rec. Court)* |

FILED BY ___ CO___ D.C.
2005 AUG 19  PM 4:09
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Sheila Lockhart 6070 Ridgewood E. Memphis, TN 38115 | DISTRICT Eastern District of Missouri | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Donald J. Stohr United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM March 20, 2003 | TO March 19, 2006 |

OFFENSE
Social Security Fraud

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_7-12-05_                                                _[signature]_
Date                                                     United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Western District of Tennessee (Memphis)**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_August 18, 2005_                                        _[signature]_
Effective Date                                           United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _9-19-05_

/

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20313 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT