# UNITED STATES DISTRICT COURT
for

## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 OCT 21  AM 9: 51

_____ CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U. S. A. vs.  **SHELIA LOCKHART**

Docket No. **2:05CR20313-01**

### Petition on Probation and Supervised Release

**COMES NOW**  Brenda L. Carpten  **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of  Shelia Lockhart  who was placed on supervision by the Honorable Donald J. Stohr  sitting in the Court at  Eastern District of Missouri (St. Louis)  on the 30th  day of March, 2001  , who fixed the period of supervision at three (3) years *  , and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1)  The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without the approval of the Probation Office.
2)  The defendant shall provide to the Probation Officer access to any financial information.
3)  The defendant shall pay restitution in the amount of $4,170.42.  (Balance: $2,920.20)

*  Term of Supervised Release Began: March 20, 2003

**  Transfer of Jurisdiction Executed on August 18, 2005

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

-SEE PAGE 2-

**PRAYING THAT THE COURT WILL ORDER** that a **WARRANT** be issued for the arrest of Shelia Lockhart and a hearing held to determine if her Supervised Release should be revoked.

BOND _____

### ORDER OF COURT

Considered and ordered this 20th day of Oct , 20 05  and ordered filed and made a part of the records in the above case.

_____
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct

Executed on: October 19, 2005

_____
United States Probation Officer

Place: Memphis, Tennessee

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-21-05

②

Page 2
Shelia Lockhart
Docket No. 2:05CR20313-01

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

## THE DEFENDANT HAS VIOLATED THE FOLLOWING CONDITIONS OF SUPERVISION:

**The defendant shall not commit another Federal, state or local crime.**

On October 27, 2004, Collierville Police Officers were called to the Wal-Mart, to respond to a person passing a counterfeit check in the amount of $248.48.   Immediately, Shelia Lockhart fled from the store in her vehicle. Officers pursued Ms. Lockhart in a high speed chase, but were unable to apprehend her. It was later learned that the account number on the check belonged to Ben Beatus of Memphis, TN.   It was also determined that the photograph on the Arkansas identification presented at the check-out was not that of Sandra Lockhart. An officer identified Shelia Lockhart, a/k/a Shelia Abdulrahoof, in a photograph lineup as the same person who presented the counterfeit check in Wal-Mart. Ms. Lockhart was arrested on April 24, 2005, and charged with: Forgery, Identity Theft, Reckless Driving, and Evading Arrest. The next scheduled Court proceeding will be held in Collierville City Court, on October 27, 2005.

On June 10, 2005, Lockhart was arrested by Memphis Police Department. An official arrest report states that Ms. Lockhart broke the windows out of the home owned by Elizabeth Broom. After  vandalizing the home,  Ms. Lockhart  instructed  her acquaintance to drive away from the scene.  Ms. Lockhart later provided a statement to law enforcement officers that she was at home asleep when the vandalism occurred. She stated that she had two witnesses who could verify her statement. Consequently, the two witnesses contradicted Ms. Lockhart's statement and admitted that Ms. Lockhart vandalized Ms. Broom's home.  Ms. Lockhart was charged with Vandalism Over $1,000 and False Reporting.  This matter was held to the State in General Sessions Court, Memphis, Tennessee, on July 18, 2005.

**The defendant shall notify the Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer.**

Ms. Lockhart failed to notify this officer of arrests.  The arrests were revealed through the National Crime Information Center.

**The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of month.**

Ms. Lockhart failed to submit a complete written report for June and July, 2005.

## VIOLATION WORKSHEET

1. **Defendant**   Shelia Lockhart, (Last Known Address: 1006 Weaver Cove, Memphis, TN 38109)

2. **Docket Number (Year-Sequence-Defendant No.)**   2:05CR20313-01

3. **District/Office**   Western District of Tennessee (Memphis)

4. **Original Sentence Date**   <u>03</u> / <u>30</u> / <u>01</u>
   <span>                                      month    day    year</span>

5. **Original District/Office**   Eastern District of Missouri (St. Louis)

6. **Original Docket Number (Year-Sequence-Defendant No.)**   4:00CR372DJS

7. **List each violation and determine the applicable grade {see §7B1.1}:**

   <u>Violation{s}</u>

   |  | Violation | Grade |
   |---|---|---|
   | • | New Criminal Conduct: Forgery, Identity Theft, Reckless Driving, Evading Arrest | B |
   | • | New Criminal Conduct: Vandalism Over $1,000, False Reporting | B |
   | • | Failure to Submit Monthly Report Forms | C |
   | • | | |
   | • | | |
   | • | | |
   | • | | |
   | • | | |
   | • | | |

8. **Most Serious Grade of Violation (see §7B1.1(b))**   B

9. **Criminal History Category (see §7B1.4(a))74**   VI

10. **Range of imprisonment (see §7B1.4(a))**

    | 21 - 27 months |
    |---|
    | 24 months Statutory Maximum |

11. **Sentencing Options for Grade B and C Violations Only (Check the appropriate box):**

    { }   (a)If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

    { }   (b)If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

    {x}   ( c)If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

**Mail documents to:  United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W.
Suite 1400, Washington, D.C., 20004, Attention:  Monitoring Unit**

DEFENDANT: Shelia Lockhart

**12.** **Unsatisfied Conditions of Original Sentence**

List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation {see §7B1.3(d)}:

Restitution ($)___$2,920.20___(Balance)_____

Fine ($)_____N/A_____

Other_____N/A_____

Community Confinement_____N/A_____

Home Detention_____N/A_____

Intermittent Confinement_____N/A_____

**13.** **Supervised Release**

If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3{see §§7B1.3(g)(1)}.

Term: _____ to _____ years

If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment {see 18 U.S.C. §3583(e) and §7B1.3(g)(2)}.

Period of supervised release to be served following release from imprisonment: _____

**14.** **Departure**

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**15.** **Official Detention Adjustment {see §7B1.3(e)}:** _____ months _____ days

**Mail documents to:  United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W. Suite 1400, Washington, D.C., 20004, Attention:  Monitoring Unit**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CR-20313 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT