FILED BY ▬ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 DEC -2 PM 3: 59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Case No. 2:05cr20313-Ma |
| | * | |
| **SHEILA LOCKHART** | * | |

---

### ORDER HOLDING DEFENDANT FOR FINAL REVOCATION HEARING

---

On December 2, 2005, **Sheila Lockhart** appeared before me on a charge of violation of the terms and conditions of her supervised release in this matter. The defendant had previously been advised of her rights under Fed.R.Crim.P. 5 and 32.1(a), and counsel was retained.

At this hearing, the Court, after hearing proof, concluded that probable cause was established that the defendant had violated the terms and conditions of his supervised release.

Accordingly, defendant **Sheila Lockhart** is held to a final revocation hearing before United States District Judge **Samuel H. Mays, Jr..** It is presumed that the District Judge will set this matter for a revocation hearing pursuant to Fed.R.Crim.P. 32.1(b),(c), and will see that appropriate notices are given.

The defendant was remanded to the custody of the United States Marshals.

**IT IS SO ORDERED** this 2 day of December 2, 2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20313 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT